**No. 39774.**—Protests 325805–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of atomizers, sprays, puff bowls, and droppers chiefly used in the household for utilitarian purposes or hollow ware. The claim at 40 percent under paragraph 339 was therefore sustained.